```
VINCENT VERNARD BURKS                CONCORA CREDIT                       FIRST PREMIER BANK
500 NORTHPOINTE PARKWAY APT. 219     ATTN: BANKRUPTCY                     3820 N LOUISE AVE
JACKSON, MS 39211                    PO BOX 4477                          SIOUX FALLS, SD 57107
                                     BEAVERTON, OR 97076


THOMAS C. ROLLINS, JR.               CONN'S HOMEPLUS                      FIRST SAVINGS BANK
THE ROLLINS LAW FIRM, PLLC           ATTN: BANKRUPTCY                     ATTN: BANKRUPTCY
P.O. BOX 13767                       2445 TECHNOLOGY FOREST               PO BOX 5019
JACKSON, MS 39236                    THE WOODLANDS, TX 77381              SIOUX FALLS, SD 57117


AFFIRM                               CONTINENTAL FINANCE CO               GENESIS FS CARD
443 IRVING DR                        ATTN: BANKRUPTCY                     ATTN: BANKRUPTCY
BURBANK, CA 91504                    4550 NEW LINDEN HILL                 PO BOX 4477
                                     WILMINGTON, DE 19808                 BEAVERTON, OR 97076


ASPIRE CREDIT CARD                   CONTINENTAL FINANCE CO               IMAGINE CREDIT
ATTN: BANKRUPTCY                     ATTN: BANKRUPTCY                     PO BOX 105824
PO BOX 105555                        PO.BOX 3220                          ATLANTA, GA 30348
ATLANTA, GA 30348                    BUFFALO, NY 12420


AVANT/WEBBANK                        CREDIT ACCEPTANCE                    INTEGRITY FINANCIAL
222 NORTH LASALLE ST                 ATTN: BANKRUPTCY                     2764 PLEASANT ROAD
SUITE 1600                           25505 WEST 12 MILE RD                FORT MILL, SC 29708
CHICAGO, IL 60601                    STE 3000
                                     SOUTHFIELD, MI 48034


CAPITAL ONE                          CREDIT ONE BANK                      JERMAINE THOMAS
ATTN: BANKRUPTCY                     6801 CIMARRON RD                     53 NORTHTOWN DR
PO BOX 30285                         LAS VEGAS, NV 89113                  APT 331
SALT LAKE CITY, UT 84130                                                  JACKSON, MS 39211


CAPITAL ONE                          EMBARK                               MERRICK BANK CORP
PO BOX 31293                         PO BOX 88943                         PO BOX 9201
SALT LAKE CITY, UT 84131             SIOUX FALLS, SD 57109                OLD BETHPAGE, NY 11804


CBNA                                 FIRST METROPOLITAN                   PERSONIFY FINANCIAL
PO BOX 6497                          ATTN: BANKRUPTCY                     PO BOX 208417
SIOUX FALLS, SD 57117                6295 SUMMER AVENUE                   DALLAS, TX 92150
                                     STE 102
                                     MEMPHIS, TN 38134


CFNA                                 FIRST METROPOLITAN                   PROSPER FUNDING LLC
ATTN: BANKRUPTCY                     ATTN: BANKRUPTCY                     ATTN: BANKRUPTCY
PO BOX 81315                         6295 SUMMER AVE                      221 MAIN ST STE 300
CLEVELAND, OH 44181                  STE 102                              SAN FRANCISCO, CA 94105
                                     MEMPHIS, TN 38134
```

```
PROSPER FUNDING, LLC
221 MAIN ST STE 300
SAN FRANCISCO, CA 94105



SYNCHRONY BANK
PO BOX 965060
ORLANDO, FL 32896



SYNCHRONY BANK
PO BOX 965065
ORLANDO, FL 32896



TBOM
14600 NORTHWEST
BEAVERTON, OR 97006
```