PROCEEDING MEMO AND MINUTES OF
THE CHAPTER §341 MEETING
January 23, 2026

IN RE:                                                    CASE NO. 25-03134-JAW
    BURKS, VINCENT VERNARD

**APPEARANCES**
( ) DEBTOR 1                                              ( ) DEBTOR 2 (Wife in Joint Cases)
    ( ) Required picture I.D. produced                    ( ) Required picture I.D. produced
    ( ) Required SSN verification produced                ( ) Required SSN verification produced
    ( ) Pay advices received                              ( ) Pay advices received

Credit counseling certificate (✓) filed ( ) not filed
Tax returns received for _not recv'd_ (years) on _1/18/2026_ Financial
Documents were ( ) retained by trustee (✓) returned to debtor(s)
( ) DEBTOR'S REPRESENTATIVE _____
( ) ATTORNEY FOR DEBTOR(S): THOMAS CARL ROLLINS, JR or substitute: _____

( ) DEBTOR(S) APPEARED PRO SE
    YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
    YES ( ) NO ( ) If Yes, obtain completed pro se form

THE MEETING OF CREDITORS WAS:
    ( ) HELD
    or
    ( ) NOT HELD
    Or
    (✓) NOT CONCLUDED AND IS CONTINUED TO THE _27_ DAY OF
    _Feb_, 20_26_ AT _9:00_ O'CLOCK _A_.M.

YES ( ) NO ( ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. §329.
CREDITOR(S) _____none_____

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.
( ) OTHER: _____
In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____
_____

ADDITIONAL NOTES: _____

DATED: _1/23/2026_    TRUSTEE _____
Track # __28__    or   Tape # _____ Side ____ Counter Start # _____