# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Vincent Vernard Burks, Debtor                    Case No. 25-03134-JAW
                                                            CHAPTER 7

## MOTION TO WAIVE APPEARANCE OF DEBTOR AT MEETING OF CREDITORS

COMES NOW, the family of debtor, through counsel and moves this Court to Waive the Appearance of Debtor, Vincent Vernard Burks, at his §341(a) Meeting of Creditors, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on 12/9/2025 by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.
2. That the Debtor's meeting of creditors was originally scheduled for 1/23/2026.
3. That the day prior to the Meeting of Creditors, counsel was notified of the death of Debtor on December 26, 2025.
4. That Debtor's meeting of creditors has been rescheduled for 2/27/2026.
5. That the Debtor had completed his Personal Financial Management Course. The certificate for said course was filed on December 23, 2025, docket number 11.

WHEREFORE, Debtor prays for an Order to Waive the appearance at the §341(a) Meeting of Creditors and for such additional or alternative relief as may be just and proper.

                                        Respectfully submitted,

                                        /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC, P.O. Box 13767, Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion was filed on CM/ECF this day and that the Chapter 7 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                        /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MSBN 103469)