IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Vincent Vernard Burks, Debtor            Case No. 25-03134-JAW
                                                    CHAPTER 7

**ORDER WAIVING APPEARANCE OF DEBTOR AT MEETING OF CREDITORS**

THIS CAUSE having come on for hearing on Debtors' Motion to Waive Appearance of Debtor, Vincent Vernard Burks, at the 341(a) Meeting of Creditors (Dkt. No. ___) and the Court, after considering same, finds that said Motion is well taken;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Debtor's appearance at the meeting of creditors shall be waived.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com
ATTORNEY FOR DEBTOR