## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Vincent Vernard Burks, Debtor          Case No. 25-03134-JAW
                                                  CHAPTER 7

### NOTICE

The family of Vincent Vernard Burks has filed papers with the court to waive his appearance at his 341(a) Meeting of Creditors.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you want the court to consider your views on the Motion, then on or before 21 Days, you or your attorney must:

File with the court a written request for a hearing at:

> U.S. Bankruptcy Clerk
> U.S. Bankruptcy Court
> P.O. Box 2448
> Jackson, MS 39225-2448

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date listed above.

You must also mail a copy to the debtors' attorney:

> Thomas C. Rollins, Jr.
> The Rollins Law Firm, PLLC
> P.O. Box 13767
> Jackson, MS 39236
> (601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief, which shall sustain this Motion to waive her appearance at his 341(a) Meeting of Creditors.

Date: January 26, 2026                          /s/ Thomas C. Rollins, Jr.
                                                 Thomas C. Rollins, Jr.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Vincent Vernard Burks, Debtor          Case No. 25-03134-JAW

                                                  CHAPTER 7

### MOTION TO WAIVE APPEARANCE OF DEBTOR AT MEETING OF CREDITORS

COMES NOW, the family of debtor, through counsel and moves this Court to Waive the Appearance of Debtor, Vincent Vernard Burks, at his §341(a) Meeting of Creditors, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on 12/9/2025 by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.
2. That the Debtor's meeting of creditors was originally scheduled for 1/23/2026.
3. That the day prior to the Meeting of Creditors, counsel was notified of the death of Debtor on December 26, 2025.
4. That Debtor's meeting of creditors has been rescheduled for 2/27/2026.
5. That the Debtor had completed his Personal Financial Management Course. The certificate for said course was filed on December 23, 2025, docket number 11.

WHEREFORE, Debtor prays for an Order to Waive the appearance at the §341(a) Meeting of Creditors and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC, P.O. Box 13767, Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

### CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion was filed on CM/ECF this day and that the Chapter 7 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

VINCENT VERNARD BURKS

CASE NO: 25-03134

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

On 1/26/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Waive

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/26/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-03134 |
|---|---|
| VINCENT VERNARD BURKS | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 1/26/2026, a copy of the following documents, described below,

Notice and Motion to Waive

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/26/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| | | |
|---|---|---|
| CASE INFO | ~~EXCLUDE~~ | |
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-03134<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON JAN 26 9-52-31 PST 2026 | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | AFFIRM<br>443 IRVING DR<br>BURBANK  CA 91504-2447 |
| ASPIRE CREDIT CARD<br>ATTN BANKRUPTCY<br>PO BOX 105555<br>ATLANTA  GA 30348-5555 | AVANTWEBBANK<br>222 NORTH LASALLE ST<br>SUITE 1600<br>CHICAGO  IL 60601-1112 | CFNA<br>ATTN BANKRUPTCY<br>PO BOX 81315<br>CLEVELAND  OH 44181-0315 |
| CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY  UT 84131-0293 | CONCORA CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON  OR 97076-4401 |
| | | ~~EXCLUDE~~ |
| CONNS HOMEPLUS<br>ATTN BANKRUPTCY<br>2445 TECHNOLOGY FOREST<br>THE WOODLANDS  TX 77381-5205 | (P)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | ~~(D)(P)CONTINENTAL FINANCE COMPANY~~<br>~~PO BOX 3220~~<br>~~BUFFALO NY 14240-3220~~ |
| CREDIT ACCEPTANCE<br>ATTN BANKRUPTCY<br>25505 WEST 12 MILE RD<br>STE 3000<br>SOUTHFIELD  MI 48034-8331 | CREDIT ONE BANK<br>6801 CIMARRON RD<br>LAS VEGAS  NV 89113-2273 | EMBARK<br>PO BOX 88943<br>SIOUX FALLS  SD 57109-8943 |
| | ~~EXCLUDE~~ | |
| FIRST METROPOLITAN<br>ATTN BANKRUPTCY<br>6295 SUMMER AVE<br>STE 102<br>MEMPHIS  TN 38134-5983 | ~~(D)FIRST METROPOLITAN~~<br>~~ATTN BANKRUPTCY~~<br>~~6295 SUMMER AVENUE~~<br>~~STE 102~~<br>~~MEMPHIS  TN 38134-5983~~ | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS  SD 57107-0145 |
| (P)FIRST SAVINGS BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | GENESIS FS CARD<br>ATTN BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON  OR 97076-4401 | IMAGINE CREDIT<br>PO BOX 105824<br>ATLANTA  GA 30348-5824 |
| INTEGRITY FINANCIAL<br>2764 PLEASANT ROAD<br>FORT MILL  SC 29708-7213 | JERMAINE THOMAS<br>53 NORTHTOWN DR<br>APT 331<br>JACKSON  MS 39211-3800 | MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE  NY 11804-9001 |
| | | ~~EXCLUDE~~ |
| PERSONIFY FINANCIAL<br>PO BOX 208417<br>DALLAS  TX 75320-8417 | (P)PROSPER MARKETPLACE INC<br>221 MAIN STREET STE 300<br>SAN FRANCISCO CA 94105-1909 | ~~(D)(P)PROSPER MARKETPLACE INC~~<br>~~221 MAIN STREET STE 300~~<br>~~SAN FRANCISCO CA 94105-1909~~ |

```
SYNCHRONY BANK                      SYNCHRONY BANK                      TBOM
PO BOX 965060                       PO BOX 965065                       14600 NORTHWEST
ORLANDO   FL 32896-5060             ORLANDO   FL 32896-5065             BEAVERTON   OR 97006



EXCLUDE                                                                 EXCLUDE

UNITED STATES TRUSTEE               CBNA                                (P)EILEEN N SHAFFER
501 EAST COURT STREET               PO BOX 6497                         P O BOX 1177
SUITE 6-430                         SIOUX FALLS   SD 57117-6497         JACKSON MS 39215-1177
JACKSON   MS 39201-5022



EXCLUDE                             DEBTOR

THOMAS CARL ROLLINS JR              VINCENT VERNARD BURKS
THE ROLLINS LAW FIRM, PLLC          500 NORTHPOINTE PARKWAY APT 319
PO BOX 13767                        JACKSON   MS 39211-1606
JACKSON   MS 39236-3767
```