## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Vincent Vernard Burks, Debtor                     Case No. 25-03134-JAW

CHAPTER 7

### SUGGESTION OF DEATH

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, William Tyrone Thomas who is the brother of Debtor, notes the death during the pendency of this action of Vincent Vernard Burks ("Debtor).

Pursuant to Federal Rule of Bankruptcy Procedure 1016, the death of the Debtor does not abate this Chapter 7 case, and the case may proceed and be concluded in the same manner, so far as possible, as though the death had not occurred.

The Trustee will continue administration of the estate, and the case shall remain open for the purpose of completing administration and entry of the Debtor's discharge.

Respectfully submitted,

By:    /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533