

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: January 27, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                    CHAPTER 7
VINCENT VERNARD BURKS                                  CASE NO. 25-03134-JAW

### AGREED ORDER EXTENDING DEADLINES FOR CASE TRUSTEE, AND U.S. TRUSTEE TO FILE §727 COMPLAINTS, MOTIONS FOR DISMISSAL FOR ABUSE, AND/OR OBJECTIONS TO CLAIMS OF EXEMPT PROPERTY

On *ore tenus* motion of the debtor(s) and the trustee in the above styled cause to extend the deadlines for filing §727 complaints, a motion to dismiss for abuse, and/or objections to claims of exempt property by the case trustee or United States Trustee and the Court, having considered the same, finds for good cause shown that said ore tenus motion should be granted, therefore,

IT IS ORDERED THAT

(1)   The time for filing §727 complaints is hereby extended to sixty (60) days after the conclusion of the §341(a) meeting of creditors; and
(2)   The time for filing a motion to dismiss for abuse is hereby extended to sixty (60) days after the conclusion of the §341(a) meeting of creditors; and
(3)   The time for filing objections to debtors' claims of exemptions is hereby extended to thirty (30) days after the conclusion of the §341(a) meeting of creditors.

##END OF ORDER##

APPROVED AND AGREED TO:

/s/ Thomas Carl Rollins, Jr.
Counsel for Debtor(s) Signature

Thomas Carl Rollins, Jr.
Counsel for Debtor(s) Printed Name

trollins@therollinsfirm.com
email

MS Bar No. 103469

Eileen N. Shaffer, Trustee
Post Office Box 1177
Jackson, MS 39215-1177
Ph: (601) 969-3006
email: eshaffer@eshaffer-law.com