_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: February 23, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Vincent Vernard Burks, Debtor                    Case No. 25-03134-JAW
                                                                                            CHAPTER 7

<u>**ORDER WAIVING APPEARANCE OF DEBTOR AT MEETING OF CREDITORS**</u>

THIS CAUSE having come on for hearing on Debtors' Motion to Waive Appearance of Debtor, Vincent Vernard Burks, at the 341(a) Meeting of Creditors (Dkt. No. <u>13</u>) and the Court, after considering same, finds that said Motion is well taken;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Debtor's appearance at the meeting of creditors shall be waived.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com
ATTORNEY FOR DEBTOR