United States Bankruptcy Court

Southern District of Mississippi

In re:
                                                      Case No. 25-03134-JAW

Vincent Vernard Burks
                                                      Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: 318 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent Vernard Burks, 500 Northpointe Parkway Apt. 319, Jackson, MS 39211-1606 |
| 5599680 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5599693 | + | Embark, PO Box 88943, Sioux Falls, SD 57109-8943 |
| 5599700 | + | Integrity Financial, 2764 Pleasant Road, Fort Mill, SC 29708-7213 |
| 5599701 | + | Jermaine Thomas, 53 Northtown Dr, Apt 331, Jackson, MS 39211-3800 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5599681 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 29 2026 19:34:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5599682 | + | Email/Text: bk@avant.com | Apr 29 2026 19:34:00 | Avant/WebBank, 222 North Lasalle St, Suite 1600, Chicago, IL 60601-1112 |
| 5599686 | + | EDI: CRFRSTNA.COM | Apr 29 2026 23:36:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5599689 | | Email/Text: cfcbackoffice@contfinco.com | Apr 29 2026 19:34:00 | Continental Finance Co, Attn: Bankruptcy, 4550 New Linden Hill, Wilmington, DE 19808 |
| 5599690 | | Email/Text: cfcbackoffice@contfinco.com | Apr 29 2026 19:34:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 5599683 | + | EDI: CAPITALONE.COM | Apr 29 2026 23:36:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5599684 | + | EDI: CAPITALONE.COM | Apr 29 2026 23:36:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5599687 | + | EDI: PHINGENESIS | Apr 29 2026 23:36:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5599688 | + | Email/Text: bankruptcynotices@conns.com | Apr 29 2026 19:34:00 | Conn's HomePlus, Attn: Bankruptcy, 2445 Technology Forest, The Woodlands, TX 77381-5205 |
| 5599691 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 29 2026 19:34:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5599692 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2026 19:42:53 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5599697 | | Email/Text: BNSFS@capitalsvcs.com | Apr 29 2026 19:34:00 | First Savings Bank, Attn: Bankruptcy, Po Box 5019, Sioux Falls, SD 57117 |
| 5599694 | ^ | MEBN | Apr 29 2026 19:33:18 | First Metropolitan, Attn: Bankruptcy, 6295 Summer Avenue, Ste 102, Memphis, TN 38134-5983 |
| 5599696 | + | EDI: AMINFOFP.COM | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: 318 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 29 2026 23:36:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5599698 | + | EDI: PHINGENESIS | Apr 29 2026 23:36:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5599699 | + | Email/Text: bankruptcy@webbank.com | Apr 29 2026 19:34:00 | Imagine Credit, Po Box 105824, Atlanta, GA 30348-5824 |
| 5599702 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2026 19:42:53 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5599704 | | Email/Text: ProsperBK@prosper.com | Apr 29 2026 19:34:00 | Prosper Funding LLC, Attn: Bankruptcy, 221 Main St Ste 300, San Francisco, CA 94105 |
| 5599705 | | Email/Text: ProsperBK@prosper.com | Apr 29 2026 19:34:00 | Prosper Funding, Llc, 221 Main St Ste 300, San Francisco, CA 94105 |
| 5599703 | + | Email/Text: Contact@PersonifyFinancial.com | Apr 29 2026 19:34:00 | Personify Financial, Po Box 208417, Dallas, TX 75320-8417 |
| 5599706 | + | EDI: SYNC | Apr 29 2026 23:36:00 | Synchrony Bank, Po Box 965060, Orlando, FL 32896-5060 |
| 5599707 | + | EDI: SYNC | Apr 29 2026 23:36:00 | Synchrony Bank, Po Box 965065, Orlando, FL 32896-5065 |
| 5599708 | | EDI: PHINGENESIS | Apr 29 2026 23:36:00 | Tbom, 14600 Northwest, Beaverton, OR 97006 |
| 5599685 | + | EDI: CITICORP | Apr 29 2026 23:36:00 | cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5599695 | *+ | First Metropolitan, Attn: Bankruptcy, 6295 Summer Ave, Ste 102, Memphis, TN 38134-5983 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | on behalf of Trustee Eileen N. Shaffer eshaffer@eshaffer-law.com  ms04@ecfcbis.com |
| Eileen N. Shaffer | eshaffer@eshaffer-law.com  ms04@ecfcbis.com |

District/off: 0538-3                          User: mssbad                                  Page 3 of 3
Date Rcvd: Apr 29, 2026                       Form ID: 318                                  Total Noticed: 29

Thomas Carl Rollins, Jr

    on behalf of Debtor Vincent Vernard Burks trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

    USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Vincent Vernard Burks** | Social Security number or ITIN   **xxx–xx–2393** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **25–03134–JAW** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Vincent Vernard Burks**
aka Vincent V Burks

Dated: 4/29/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318        **Order of Discharge**        page 2